**United States District Court**
**for the District of New Jersey**

| | |
|---|---|
| CHARLES CONNORS,<br><br>    Plaintiff,<br>v.<br><br>JOHN HOCHBERG,<br><br>    Defendant. | Civil No.: 09-0165 (KSH)<br><br>**Final Order** |

This matter having come before the Court on defendant Hochberg's motion for summary judgment [D.E. 75], and for the reasons expressed in the accompanying opinion [D.E. 90],

**IT IS**, on this 31st day of March, 2014,

**ORDERED** that the Clerk of the Court shall open this case; and it is further

**ORDERED** that the motion for summary judgment [D.E. 75] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.